IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-10131
_____

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee,

versus

DENNIS EARL McMAHAN

                                        Defendant-Appellant

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:98-CR-341-ALL-R)

_____

March 4, 1999

Before HIGGINBOTHAM, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

    We have benefited from able argument and briefs of counsel. We
are not persuaded that the district court abused its discretion in
detaining McMahan pending trial.

    AFFIRMED.

_____

    [*]  Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.